889 ROSE vs. CIRCUIT JUDGE (Newaygo), 74 M., 332.

To grant a new trial.

Granted April 12, 1889.

Judgment in an attachment suit was rendered for want of an appearance and plea, and exceeded the sum sworn as due in the affidavit (with interest) and plaintiff had failed to remit the excess.

890 MANUFACTURERS' MUTUAL FIRE INS. CO. vs. CIRCUIT JUDGE (Gratiot), 79 M., 241.

To compel the vacation of an order granting a new trial.

Denied January 17, 1890.

The county in which the case was first heard was detached from the judicial circuit, of which it had formed a part, and made a part of the new circuit, the judge of which granted the motion for a new trial.

Held, that there is no law which disqualifies a circuit judge from rehearing a motion or cause which has been passed upon by another judge sitting in the same court. Also, that a circuit judge has authority to set aside judgments and grant new trials after the expiration of the term at which they were entered. See No. 493½.